AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  LORENZ, MYRON J. | 2. Court or Organization  U.S. DISTRICT COURT, CASD | 3. Date of Report  05/2/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE, SENIOR | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address  U.S. DISTRICT COURT 940 FRONT STREET RM 5145 SAN DIEGO CA 92101-8911 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST |
| 2. MEMBER | BOARD OF ADVISORS OF MARINE CORPS RECRUIT DEPOT MUSEUM & HISTORICAL SOCIETY |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Lorenz, Myron J.

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J. | 05/2/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J. | 05/2/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J. | 05/2/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO BANK | | None | J | T | | | | | |
| 2. TRUST # 1 | E | Int./Div. | P1 | T | | | | | |
| 3. - Parcel # 1, San Diego County, California | | None | | W | | | | | |
| 4. - HIGHLAND FLOATING RTC | | | | | | | | | |
| 5. - BANK DEPOSIT PROGRAM (MORGAN STANLEY) | | | | | | | | | |
| 6. - MURIETTA VY CALIF SCH DIST. CTFS PARTN CALLABLE | | | | | | | | | |
| 7. - UNIVERSITY OF CAL. CTFS | | | | | Redeemed | 01/04/10 | K | | |
| 8. - CALIFORNIA EDL FACS AUTH REV | | | | | Buy | 12/06/10 | K | | |
| 9. - SAN DIEGO CAL GEGL BLDG AUTH LEASE REV | | | | | Buy | 01/21/10 | L | | |
| 10. - FIDELITY PRIME FUND CAPITAL RES | | | | | | | | | |
| 11. - AMERICAN CAP WRLD GR & INC | | | | | | | | | |
| 12. - AMERICAN INV CO OF AMER | | | | | | | | | |
| 13. - PALOMAR POMORADO HEALTH | | | | | | | | | |
| 14. - SANTA CLARA VALLEY WATER DIST. | | | | | | | | | |
| 15. - UNIVERSITY OF CAL. REV | | | | | | | | | |
| 16. -LOS ANGELES CALIF HBR DEPT REV | | | | | Buy | 01/20/10 | K | | |
| 17. -VISTA CALIF CTFS PARTN COPS CAP | | | | | Buy | 02/11/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J. | 05/2/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -DAVIS NEW YORK VENTURE | | | | | Buy | 12/21/10 | J | | |
| 19.  IRA # 1 | D | Int./Div. | M | T | | | | | |
| 20.  - OPPENHEIMER GLOBAL FD CL B | | | | | | | | | |
| 21.  - DAVIS NEW YORK VENTURE | | | | | Sold (part) | 12/21/10 | J | | |
| 22.  - SPECTRUM ASSET MGMT MORGAN STANLEY | | | | | | | | | |
| 23.  IRA #2 | A | Int./Div. | K | T | | | | | |
| 24.  - MS LIQUID ASSET FUND | | | | | | | | | |
| 25.  - AMERICAN INV CO OF AMER | | | | | | | | | |
| 26.  - AMERICA CAP WRLD GR &INC C | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LORENZ, MYRON J. | 05/2/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 2-18, lines 19-22, and lines 23-26, Assets reported pursuant to the "Aggregate Ownership Arrangement" rules.

Part VII, line 18 and 21 (Represents partial transfer from IRA #1 to Trust)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544